In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against MAURICE HUDSON, as President of Local Union No. 891, etc., et al., Respondents.

JOHN BLACK, JR., et al., Appellants.

Argued May 17, 1944; decided June 14, 1944.

672

*Mark F. Hughes, Alfred J. Callahan* and *Hugh P. Mullen* for appellants.

*Daniel Kornblum* and *Betty K. Phillipoff* for petitioner-respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.